UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MIRIAN A.G.,[1] | No. 1:26-cv-2499-TLN-JDP |
| Petitioner, | A # 200-894-541 |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, | **RELEASE ORDER** |
| Respondent. | |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 14.) Neither party has filed objections to the findings and recommendations.

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2026 (ECF No. 14) are ADOPTED in full;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondent shall immediately release Petitioner (A # 200-894-541) from custody;

4. Respondent is hereby enjoined and restrained from re-detaining petitioner absent compliance with 8 C.F.R. § 241.13(i);

5. Respondent is hereby enjoined and restrained from removing Petitioner to a third country without providing Petitioner a minimum of ten days to raise a fear-based claim for relief from removal to the identified country. If Petitioner does assert a fear-based claim for relief from removal, Petitioner may not be removed to the third country without providing her a meaningful opportunity to be heard on her fear-based claim before an immigration judge in compliance with due process;

6. Respondent's motion to dismiss (ECF No. 9) is DENIED;

7. The Clerk of Court is directed to serve California City Detention Facility with a copy of this order;

8. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: May 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2